ACCEPTED
05-14-01229-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/15/2015 11:05:15 AM
LISA MATZ
CLERK

## No. 05-14-01229-CR

| | | |
|---|---|---|
| JOHNNY RAY WALKER | § | IN THE COURT OF APPEALS |
| | § | 5th COURT OF APPEALS |
| | § | DALLAS, TEXAS |
| VS. | § | FOR THE FIFTH DISTRICT 6/15/2015 11:05:15 AM |
| | § | LISA MATZ |
| | § | Clerk |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

---

### STATE'S FIRST MOTION TO EXTEND THE TIME FOR FILING THE STATE'S BRIEF

---

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the State of Texas, through the Criminal District Attorney of Dallas County, and files this Motion to Extend the Time for Filing the State's Brief, and shows the following:

### I.

On September 18, 2014, a jury found Appellant guilty of murder and assessed his punishment at 99 years' confinement. Appellant filed his brief on May 20, 2015.

### II.

The State's brief is due on June 19, 2015. The State requests a 30-day extension of time, until July 19, 2015, to file its brief.

### III.

The State has not requested any prior extensions in this case.

### IV.

The State relies on the following grounds to reasonably explain its need for an extension:

(1)   Undersigned counsel has not yet received the full reporter's record in this case.

(2)   Counsel has the duty of representing the State in writ of habeas corpus proceedings and has several habeas cases on her docket that require her immediate attention.

(3)   Counsel is responsible for filing the State's briefs on direct appeal in *Stephen Dayne Bradford v. The State of Texas* (No. 05-14-01610-CR) and *Kirk Steven Jackson v. The State of Texas* (No. 05-14-00297-CR) this month.

(4)   This appeal is not yet set for submission.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the State's brief be extended to July 19, 2015.

Respectfully submitted,

/s/ Christine Ou

SUSAN HAWK                          CHRISTINE OU
Criminal District Attorney          Assistant District Attorney
Dallas County, Texas                State Bar No. 24083605
                                    Frank Crowley Courts Building
                                    133 N. Industrial Blvd., LB-19
                                    Dallas, Texas 75207-4399
                                    (214) 653-3625
                                    (214) 653-3643 *fax*
                                    Christine.Ou@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served on Allan Fishburn, attorney for Appellant, at allanfishburn@yahoo.com, via the electronic service function of the Texas courts e-filing system on June 15, 2015.

/s/ Christine Ou

CHRISTINE OU
Assistant District Attorney